# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

COLT TELECOM A/S,                            :

                                             :          05 Civ. 6390 (WHP)

                Plaintiff,                    :          ORDER

        - against -                           :

FRONTLINE COMMUNICATIONS              :
INTERNATIONAL, INC.,
                                             :

                Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        For the reasons stated on the record on November 9, 2005, pursuant to

Section 206 of the Federal Arbitration Act, Defendant's motion to compel arbitration is

granted. The Clerk of Court is directed to mark this case closed.

Dated: November 9, 2005,
        New York, New York

                        SO ORDERED:


                        _____
                        WILLIAM H. PAULEY III
                        U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/05

*Counsel of Record:*

John J. Clarke, Jr., Esq.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
*Counsel for Plaintiff*

Joseph P. Goldberg, Esq.
Hodgson Russ LLP
60 East 42nd Street
New York, NY 10165
*Counsel for Defendant*