Howard S. Schrader (HS 1263)
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
212.335.4500

Attorneys for Petitioner
COLT TELECOM A/S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
In the Matter of the Arbitration between :

COLT TELECOM A/S, :

       Petitioner, : CIVIL ACTION No. 07 CV 6007 (JM)

and :

FRONTLINE COMMUNICATIONS
INTERNATIONAL, INC., :

       Respondent. :
------------------------------------- X

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

    Pursuant to Federal Rule of Civil Procedure 7.1, in order to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Petitioner COLT Telecom A/S, by its undersigned attorneys, certifies that it is a wholly-owned subsidiary of COLT Telecom Group plc, the shares of which are publicly traded on the London Stock Exchange and American Depository Shares of which are publicly traded on the NASDAQ National Market. No other publicly held corporation owns 10% or more of its stock..

    By making this certification, Colt Telecom A/S does not intend to waive any defense in this action, including without limitation a lack of jurisdiction over the person and the existence of a valid and enforceable arbitration agreement that governs this dispute.

-2-

Dated: New York, New York.
      June 25, 2007

Respectfully submitted,

DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
212.335.4500

By: _____
Howard S. Schrader (HS 1263)
Attorney for Petitioner
COLT Telecom A/S