**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In the Matter of the Arbitration between

COLT TELECOM A/S,

      Petitioner,

-and-                                            FFIDAVIT OF SERVICE
                                                              07 CV. 6007

FRONTLINE COMMUNICATIONS INTERNATIONAL, INC.,

      Respondent.
----------------------------------------X
STATE OF NEW YORK  )
                        S.S.:
COUNTY OF ALBANY  )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 27TH day of June, 2007, at approximately the time of 12:30P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the NOTICE OF PETITION AND PETITION FOR AN ORDER CONFIRMING FOREIGN ARBITRATION AWARD AND CIVIL COVER SHEET AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 upon FRONTLINE COMMUNICATIONS INTERNATIONAL, INC., the respondent in this action, by delivering to and leaving with DONNA CHRISTIE an agent of the Secretary of State, of the State of New York, two (2) true sets thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306 Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

DONNA CHRISTIE is a white female, approximately 46 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 145 pounds with blonde hair.

_____
DEBORAH LaPOINTE

Sworn to before me this
27TH day of June, 2007

_____
NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

State of New York - Department of State
Receipt for Service

Receipt #: 200706280232  
Date of Service: 06/27/2007  
Service Company: 10 D.L.S. INC. - 10  

Cash #: 200706280210  
Fee Paid: $40 - CHECK  

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: FRONTLINE COMMUNICATIONS INTERNATIONAL, INC.

Plaintiff/Petitioner:
COLT TELECOM A/S

Service of Process Address:
FRONTLINE COMMUNICATIONS INTERNATIONAL,
150 EAST 58TH ST
NEW YORK, NY 10155

Secretary of State
By DONNA CHRISTIE