# AFFIRMATION OF SERVICE

STATE OF NEW YORK        )
                         : ss.:
COUNTY OF NEW YORK    )

HOWARD S. SCHRADER, ESQ., affirms as follows:

1. I am a member of the Bar of the State of New York and of this Court. I am Of Counsel to Piper Rudnick LLP, attorneys for Petitioner COLT Telecom A/S.

2. On July 13, 2007, I served the within Endorsed Memorandum upon defendant Frontlline Communications, International, Inc., by Federal Express overnight delivery to the above-referenced entity at the following address:

FRONTLINE COMMUNICATIONS INTERNATIONAL,
150 EAST 58th ST
NEW YORK, NY 10155

its address for service of process, and also by Federal Express overnight delivery to Mel Cooper, an officer of the above-referenced entity, at the following address:

MEL COOPER
721 FIFTH AVENUE, APT. 45K
NEW YORK, NEW YORK 10022

NEW YORK, NEW YORK
July 18, 2007

_____
Howard S. Schrader



| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 1-28-07 |

**DLA Piper US LLP**
1251 Avenue of the Americas, 29th Floor
New York, New York 10020-1104
www.dlapiper.com

HOWARD S. SCHRADER
hward.schrader@dlapiper.com
T 212.335.4941  F 212.884.8541

June 27, 2007

*VIA TELECOPIER*

Honorable Victor Marrero
United States District Court for the Southern District of New York
500 Pearl Street, Suite 660
New York, New York 10007

    Re:    **In Re Arbitration between COLT Telecom A/S and Frontline Communications International, Inc., 07 CV 6007**

Dear Judge Marrero:

    We represent petitioner COLT Telecom A/S. On Monday, June 25, we filed with the Court a petition to confirm an arbitration award in our client's favor and against respondent Frontline Communications International, Inc. We write to request that the Court set a return date of July 19 with respect to the petition.

    As the arbitration award (an exhibit accompanying the petition papers,) recites, although Frontline participated in the initiation and early stages of the arbitration process, its attorney withdrew from the arbitration before the award was issued, and Frontline has not recently responded to notices from the arbitration panel. Since Frontline, a New York corporation, remains amenable to service through the New York Secretary of State, we have initiated service of the petition through the Secretary, and will also attempt substituted service. Our experience in the arbitration suggests that Frontline will not respond to service of process. However, if Frontline does choose to contest the petition, the return date we have requested should provide adequate opportunity for service to be effectuated and for Frontline to respond.

    We therefore respectfully request that the Court direct that July 19, 2007 be the scheduled return date of COLT's petition to confirm the arbitral award.

Respectfully,

Howard S. Schrader

---

Respondent is directed to advise the Court by 7-3-07 whether it intends to respond to the petition herein, to oppose the confirmation of the arbitration award. If opposition is contemplated, the return date for service & the response shall be 7-19-07.

SO ORDERED:

6-27-07
DATE      VICTOR MARRERO, U.S.D.J.