```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
COLT TELECOM A/S,                   :
                                    :
                  Petitioner,       :
                                    :   07 Civ. 06007 (VM)
                                    :
        - against -                 :       ORDER
                                    :
FRONTLINE COMMUNICATIONS            :
INTERNATIONAL, INC.,                :
                                    :
                  Respondent.       :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Order dated June 27, 2007, the Court directed respondent herein to advise the Court by July 19, 2007 as to whether it intended to oppose the petition to confirm the arbitration in this action and, if so, to respond by that date. A review of the Docket Sheet for the case indicates that no response to the June 27, 2007 Order has been made to date. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to enter judgment in favor of plaintiff conforming the arbitration award against defendant herein, and to close this case.

**SO ORDERED.**

Dated:    New York, New York
          19 July 2007

                                      _____
                                           VICTOR MARRERO
                                              U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-07