```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COLT TELECOM A/S,

                Petitioner,

     -against-

FRONTLINE COMMUNICATIONS
INTERNATIONAL, INC.,

                Respondent.
------------------------------------------------------------X

07 CIVIL 6007 (VM)

**JUDGMENT**

       Whereas the above captioned action having come before this Court, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on July 17, 2007, having rendered its Order directing the Clerk of Court to enter judgment in favor of plaintiffs confirming the arbitration award against defendant, and to close the case, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 17, 2007, judgment is entered in favor of plaintiffs confirming the arbitration award against defendant; accordingly, the case is closed.

**Dated:** New York, New York
         July 18, 2007

                                    J. MICHAEL McMAHON
                                      Clerk of Court

BY: _____
                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____